## STATE OF CONNECTICUT *v.* JUAN VASQUEZ

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 902 (AC 28144), is denied.

*Aaron J. Romano,* in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided September 5, 2008